UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Civil 05-426 JNE/FLN |
| Plaintiff, | |
| v. | O R D E R |
| Alden Randolph Banks, | |
| Defendant. | |

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated February 21, 2006, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendant's Motion to suppress evidence obtained as a result of 9/15/05 search and seizure [#36] is **DENIED**, that Defendant's Motion to suppress 9/15/05 statement [#37] is **GRANTED in part** and **DENIED in part**, and that all statements made by Defendant after he was issued a Miranda warning are admissible.

DATED: March 30, 2006.       s/ Joan N. Ericksen
at Minneapolis, Minnesota      JUDGE JOAN N. ERICKSEN
     United States District Court